IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                 PLAINTIFF

        v.                      Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                  DEFENDANTS

## **ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **July 16, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 15th day of May 2007.

                                                                          /s/ *J. Marschewski*
                                                                 HON. JAMES R. MARSCHEWSKI
                                                                 UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)