IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                                          PLAINTIFF

  v.      Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                                                  DEFENDANTS

## ORDER

On June 27, 2007, defendants filed a motion to compel answers to discovery requests (Doc. 12). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on April 2, 2007. To date, defendants state they have not received plaintiff's responses or any communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). Plaintiff did not request an extension of time to respond to the discovery requests. Therefore, plaintiff has failed to respond in the time provided by law.

Accordingly, defendants' motion to compel (Doc. 12) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00 p.m. on July 18, 2007.**

By order entered on May 15, 2007 (Doc. 11), defendants were directed to file a summary judgment motion by July 16, 2007. As defendants will no doubt need the discovery responses from the plaintiff to file their summary judgment motion, the defendants are given an extension of time until **August 14, 2007,** to file their summary judgment motion.

-1-

Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 3rd day of July 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)