IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                                  PLAINTIFF

v.                        Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                                       DEFENDANTS

## ORDER

On June 27, 2007, defendants filed a motion to compel answers to discovery requests (Doc. 12). On July 3, 2007, the motion to compel was granted (Doc. 14) and plaintiff was directed to provide the defendants with the discovery responses by July 18th.

Defendants have now filed a motion to dismiss (Doc. 15). In the motion to dismiss, defendants state they have not received the discovery responses. Plaintiff is given until **August 10, 2007, to show cause why this action should not be dismissed based on his failure to obey an order of the court.** The court hereby sets aside the summary judgment filing deadline previously established by the court (Doc. 14). If necessary, the court will establish another summary judgment filing deadline after the pending motion to dismiss is disposed of.

IT IS SO ORDERED this 24th day of July 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-