IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                                PLAINTIFF

      v.                      Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                                           DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Jimmy Stephen Taylor filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on February 23, 2007. His complaint was filed in forma pauperis (IFP).

On July 3, 2007, the undersigned entered an order (Doc. 14) granting the defendants' motion to compel. Taylor was directed to provide the defendants with discovery responses by July 18, 2007. On July 23, 2007, defendants filed a motion to dismiss (Doc. 15). In the motion, defendants state they have not received the discovery responses from the plaintiff.

On July 24, 2007, the undersigned entered an order (Doc. 17) directing Taylor to show cause by August 10, 2007, why this case should not be dismissed based on his failure to comply with the court's order and his failure to prosecute this action. To date, Taylor has failed to respond to the show cause order.

I therefore recommend that the defendants' motion to dismiss be granted. This case should be dismissed based on Taylor's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

-1-

AO72A
(Rev. 8/82)

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of August 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE