```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

JIMMY STEPHEN TAYLOR                                   PLAINTIFF

    v.                          No. 07-5034

NURSE ANDREA GARRETT and
DR. HUSKINS                                            DEFENDANTS

## ORDER

Now on this 20th day of September, 2007, comes on to be considered the **Magistrate Judge's Report and Recommendation (Doc. 18)** and the **Plaintiff's Objections (Doc. 19)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

    1.  On August 21, 2007, a Report and Recommendation issued recommending that defendants' Motion to Dismiss (Doc. 15) be granted. The Magistrate Judge found that Plaintiff had failed to prosecute this action and had failed to comply with an order to show cause why his case should not be dismissed for failure to comply with an order compelling discovery.

    2.  On September 7, 2007, Plaintiff filed objections to the Report and Recommendation, stating that he misunderstood the show cause order and thought that the Magistrate Judge "was going to send [him] a questionnaire to fill out to determine if [his] objections were in order."  (Doc. 19.)

    3.  Upon consideration of Plaintiff's objections, the Court finds that dismissal of plaintiff's action is not warranted at this juncture.  Accordingly, the Report and Recommendation will not be

adopted.  This matter is hereby referred back to Magistrate Judge James Marschewski.

    IT IS SO ORDERED.

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**