IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                        PLAINTIFF

     v.                    Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                       DEFENDANTS

**ORDER**

By order entered on September 20, 2007 (Doc. 20), the defendants' motion to dismiss was denied. While the motion to dismiss was pending, the court set aside the deadline it had established for the filing of defendants' summary judgment motion. As the motion to dismiss has now been denied, defendants are directed to file their summary judgment motion by **December 7, 2007.**

Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 24th day of September 2007.

/s/ *J. Marschewski*
   HON. JAMES R. MARSCHEWSKI
   UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**