IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                                    PLAINTIFF

      v.                           Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                                                               DEFENDANTS

### ORDER

On November 29, 2007, plaintiff filed a motion to file a supplemental or amended complaint (Doc. 24). The motion (Doc. 24) is granted. **The clerk is directed to file the supplemental or amended complaint plaintiff had attached to his motion as an exhibit.**

On December 7, 2007, the defendants filed a motion for an extension of time (Doc. 25) to file their court ordered summary judgment motion. The motion is granted (Doc. 25). Defendants are given until **January 8, 2008,** to file their summary judgment motion.

IT IS SO ORDERED this 17th day of December 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)