IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                    PLAINTIFF

v.                          Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                        DEFENDANTS

## O R D E R

Defendants filed a motion for summary judgment (Doc. 30).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Jimmy Stephen Taylor is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 11, 2008**.  **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 18th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                          PLAINTIFF

         v.                          Civil No. 07-5034

NURSE ANDREA GARRETT;
and DR. HUSKINS                                              DEFENDANTS

### RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  JIMMY STEPHEN TAYLOR

         These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 11, 2008.**

         1(A).  You were booked into the Benton County Detention Center (BCDC) on

December 8, 2006.

         Agree_____ Disagree_____Without knowledge to agree or disagree_____.

         If you disagree, explain.  In explaining, please refer to the Supplemental Complaint

(Doc. 24) at page 2.

_____

_____

_____

_____

         (B).  When you were booked in did you take any prescription medication with you or

have any medication delivered to the jail for you?

-2-

Answer:  Yes _____ No _____.

If you answered yes, please state what medication you took with you and what condition it was for.

_____

_____

_____

_____

_____

_____

_____

_____

2(A).  On December 16th you requested medical attention due to anxiety attacks. You stated you could not sleep and everything was bothering you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Supplemental Complaint (Doc. 24) at page 2 and the Complaint (Doc. 1) at page 7.

_____

_____

_____

_____

(B).  Prior to your incarceration, were you on daily anti-anxiety medication?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) what medication you were on; (b) who prescribed the medication; (c) when it was prescribed for you; (d) when you had last seen the doctor; and (e) why you did not take the medication to the jail or have it delivered for you.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain why you believed you needed to take it on a daily basis once you were incarcerated.

_____

_____

_____

_____

_____

-4-

_____

_____

_____

_____

_____

_____

_____

    3.  In response, on December 19th you were prescribed an anti-anxiety medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Supplemental Complaint

(Doc. 24) at page 3 and the Complaint (Doc. 1) at page 7.

_____

_____

_____

_____

    4.  On December 21st you submitted a medical request stating the medication you

were receiving for anxiety wasn't doing any good.  You asked for something stronger.  In

response, you were told that they needed your medical records to show you were being

treated for anxiety.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

9.

-5-

_____

_____

_____

_____

     5.  On December 27th you submitted another medical request stating the anti-anxiety

medication that you were on was not strong enough.  In response, Nurse Garrett stated they

would need to obtain your medical records to verify that you were on medication on the

outside.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

     8.

_____

_____

_____

_____

     6(A).  On January 7, 2007, you submitted a grievance stating you needed to see the

doctor.  You stated that your nerves were bad in the world but you didn't see a doctor for

them.  Now you were in jail you said they were real bad and you were having anxiety attacks

and shaking.  You stated you couldn't get medical attention because the doctor would not see

you.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to the Complaint (Doc. 1) at page

AO72A
(Rev. 8/82)

14.

_____

_____

_____

_____

(B).  In response, Captain Petray stated the doctor made the medical decisions in the

jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

14.

_____

_____

_____

_____

(C).  On January 9th you submitted a grievance.  You stated you had put in countless

medical requests about a problem with your nerves.  You stated you shake sometimes so you

can't sit still and have anxiety attacks.  You asserted you were being neglected by the medical

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

22

_____

-7-

_____

_____

_____

(D).  In response, Petray stated the doctor made the medical decisions in the jail.  He

indicated he would forward your grievance to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

22

_____

_____

_____

_____

7.  You were seen by Dr. Huskins on January 10th.  He continued you on the anti-

anxiety medication you were on and added Doxepin 25 mg.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Supplemental Complaint

(Doc. 24) at page 4.

_____

_____

_____

_____

8.  On January 11th you submitted a medical request on which you stated you had

been seen by the doctor the day before and been given medication.  You stated you had a high tolerance.  You said the medication was not working.  You said you were still shaking and could not sleep.  You asked for something stronger.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to the Complaint (Doc. 1) at page 15.

_____

_____

_____

_____

9.  On January 21st, your January 11th medical request form was sent back to you with a notation that your medication had been changed.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Supplemental Complaint (Doc. 24) at page 5.

_____

_____

_____

_____

10.  On January 17th you submitted a medical request.  You asked if you had to flip out to see the doctor.  You indicated you had been told by the doctor if your medication did not work to come and see him again.  You stated your chest was hurting you, you could not

AO72A
(Rev. 8/82)

sleep, you had been breathing real hard, and shaking.  You stated if you did not see the doctor you were going to file a 1983 form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 16.

_____

_____

_____

_____

11.  In response on January 21st, someone wrote on the bottom of your request form that your medication had been changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 16.

_____

_____

_____

_____

12(A).  On January 20th you submitted another medical request.  You stated you needed to see the doctor about your medication.  You indicated you thought he would help you but all he did was double your medication.  You said you had been doing Valium and Xanax for your problem.  You said all your current medication did was make your mouth dry.

-10-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 17.

_____

_____

_____

_____

(B).  In response, on January 28th someone wrote your medications had been changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 17.

_____

_____

_____

_____

13. You submitted another medical request on January 21st asking to see the doctor. You said you had seen the doctor on Friday and he had increased you medication and taken some away.  You said all the medication was doing was making your mouth dry.  You stated you were still shaking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

-11-

18.

_____

_____

_____

_____

14.  On January 23rd you submitted another medical request.  You stated the medication that was prescribed was making you shake more.  You asked for the medication back that had been prescribed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 19.

_____

_____

_____

_____

15.  In response, on the 28th someone wrote your medication was changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 19.

_____

_____

_____

-12-

16(A).  On January 24th you submitted a medical request.  You stated you had seen the doctor on Monday.  You stated you thought your medication was not working.  However, when you had him change your medication you said apparently the medication had been working because it got worse after the medication was changed.  With the new medication, you stated you could not sleep and your shaking and anxiety got worse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 20.

_____

_____

_____

_____

(B).  On January 26th you submitted a medical request.  You stated the medication the doctor changed you to was the same as the nurse prescribed for you in the beginning.  You stated it did not work and it needed to be changed back.  You indicated your anxiety, shaking, and lack of sleep had been worse.  You stated you felt you were getting the run around on purpose.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 10

_____

-13-

_____

_____

_____

(C).  In response, Nurse Garrett wrote that your medication had been changed back to

Doxepin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

10.

_____

_____

_____

_____

17.  On January 29th you wrote that your medication was changed back and it seemed

to be helping.  However, you stated you still were having a real problem sleeping.  You

indicated you could only sleep two or three hours a night.  You asked if you could be

prescribed something to sleep.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page

21.

_____

_____

_____

-14-

_____

18.  In response, you were told they could not give sleeping pills.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 21.

_____

_____

_____

_____

19.  On February 6th you submitted a grievance about your medication.  You stated that you had not received your medication since the 4th.  You indicated you were having problems with anxiety.  You stated you would be sending in your 1983 form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 11.

_____

_____

_____

_____

20.  In response, Petray responded he would check on it.  He also said the doctor made all medical decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-15-

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 11.

_____

_____

_____

_____

21.  On February 6th you also submitted a medical request.  You stated you did not have any medication and it was just starting to work.  You asked to see the doctor or nurse. You stated you did not believe the doctor took you off the medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 12.

_____

_____

_____

_____

22.  In response, Nurse Garrett wrote:  "Dr. Huskins made the decision for the jails medication."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Complaint (Doc. 1) at page 12.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

23.  Dr. Huskins changed your medication several times at your request and tried to find the right combination of drugs.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Supplemental Complaint (Doc. 24) at page 5.

_____

_____

_____

_____

24.  What day were you transferred to the Arkansas Department of Correction (ADC)?

Answer:

_____

_____

_____

_____

25.  You requested mental health treatment at the ADC but were not put on any type of anti-anxiety medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-17-

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 16 and Supplemental Complaint (Doc. 24) at page 7.

_____

_____

_____

_____

26.  You were not prescribed any sleep medication at the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 and the Supplemental Complaint (Doc. 24) at page 7.

_____

_____

_____

_____

27.   You received all medication prescribed to you by Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 31-45.

_____

_____

_____

_____

-18-

28.  You received all medical care and treatment prescribed to you by the Dr. Huskins and Nurse Garrett.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

29.  All orders of the jail medical staff were carried out by personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

30.  Please explain in detail how you believe Dr. Huskins exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

-19-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

31.  Please explain in detail how Nurse Garrett exhibited deliberate indifference to

your serious medical needs.

-20-

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

32.   You received all medical care and treatment Dr. Huskins believed in the exercise

of his medical judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

33.   You received all medical care and treatment Nurse Garrett believed in the

exercise of her judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-22-

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

34.   Did you suffer any physical injury as a result of a delay in your receiving medical care while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or

-23-

received medical treatment; (e) the treatment you received; (f) how long it took you to

recover from the treatment; and (g) attach to this response medical records establishing the

existence of the injuries or the effect the delay in treatment had on your health.  If you do not

have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-24-

_____

_____

35.  Each time you requested medical care or treatment you were seen by a jail nurse

or doctor within a few days of your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-25-

Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2008.


_____
JIMMY STEPHEN TAYLOR

-26-