IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY STEPHEN TAYLOR                                                    PLAINTIFF

v.                Civil No. 07-5034

NURSE ANDREA GARRETT and
DOCTOR HUSKINS                                                         DEFENDANTS

## ORDER

Now on this 10th day of September, 2008, comes on for consideration the **Report and Recommendation** issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas, (Doc. 36), to which there are no objections. The Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

IT IS THEREFORE ORDERED that the Report And Recommendation Of The Magistrate Judge (document #36) is adopted in its entirety.

IT IS FURTHER ORDERED that, for the reasons stated in the Report And Recommendation, the defendants' motion for summary judgment is denied.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**