**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JIMMY STEPHEN TAYLOR**                                                                     **PLAINTIFF**

**v.**                                 **Civil No. 07-5034**

**NURSE ANDREA GARRETT;
and DR. HUSKINS**                                                **DEFENDANTS**

**O R D E R**

Now on this 5th day of March, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #50, filed January 30, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Judgment is hereby entered in favor of defendants and plaintiff's Complaint is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                             **/s/Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**